THOMAS F. KELLEY, Doing Business under the Firm Name of NEW YORK ILLUSTRATED PRESS ASSOCIATION, Appellant, *v.* CHAMPLAIN STUDIOS, INC., et al., Respondents.

(Argued February 11, 1929; decided February 19, 1929.)

*William Bell Wait* for motion.

*Thomas F. Kelley*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

BOARD OF HUDSON RIVER REGULATING DISTRICT, Respondent, *v.* FONDA; JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY et al., Appellants.

( Submitted February 11, 1929; decided February 19, 1929.)

MOTION to amend remittitur. (See 249 N. Y. 445.)

Motion granted. Recall of remittitur requested and the same when returned will be amended by substituting for the words " for a term of one year from the date of entry of this order " the following, " for a term of one year from the payment or tender of payment by the respondent of the award."